IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV10-C

| | |
|---|---|
| THE SATER DESIGN COLLECTION, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HAZLETT HOMES, INC. and THOMAS )<br>PAUL HAZLETT, )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's "Motion for Pro Hac Vice Admission [for Floyd S. Yarnell]" (document #16) filed March 27, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 27, 2009

Carl Horn, III
United States Magistrate Judge